UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOHN DOE

       Plaintiff(s),

v.

Brent Oesterblad, Charles Roderick II, Sarah Shea, Web Express, L.L.C., Onlinedetective.com

       Defendant(s).
_____/

Case No. 4:13-cv-14841-MAG-MKM

Judge Mark A. Goldsmith

Magistrate Judge Mona K. Majzoub

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against Charles Roderick II for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on Charles Roderick II at 6541 E. Old Paint Trail, Carefree, AZ by personal service.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: April 22, 2014

Daniel P. Finley

P65454
The Finley Law Firm, P.L.L.C.
107 1/2 North Main Street
Chelsea, MI 48118
(734) 475-4659
dpfinleyesq@comcast.net