IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **JEREMIAH JOHN STEWART,** an individual, a/k/a: "Jeremiah John Pepsin", <br><br> Plaintiff, <br> -vs- <br><br> **BRENT OESTERBLAD**, an individual; **CHARLES RODERICK II,** a/k/a Chuck Roderick, an individual; **SARAH SHEA**, an individual; **WEB EXPRESS, L.L.C.**, d/b/a "Online Detective", an Arizona limited liability company; and, **OLINEDETECTIVE.COM, L.L.C.**, an Arizona Limited Liability Company, <br><br> Defendant. | Case no. 2:13-cv-14841 <br> Honorable: Mark A. Goldsmith |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS: BRENT OESTERBLAD AND SARAH SHEA

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i): Plaintiff voluntarily dismisses the following Defendants with prejudice and without costs from this cause: Defendant Brent Oesterblad; Defendant Sarah Shea.

Date: August 2, 2014            Signature: /s/        Daniel P. Finley

                                Daniel P. Finley (P-65454)
                                FINLEY LAW FIRM
                                107½ North Main Street
                                Chelsea, MI 48118
                                Ph. (734) 475-4659
                                Fx. (734) 475-4672
                                dpfinleyesq@comcast.net

**CERTIFICATE OF SERVICE**

I certify that on     August 2, 2014    , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

_____and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:      Charles Roderick, Brent Oesterblad, Sarah Shea, WebExpress, LLC, and Onlinedetective.com, LLC