IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| **JEREMIAH JOHN STEWART**, an individual, a/k/a: "Jeremiah John Pepsin", <br><br>         Plaintiff,<br>-vs-<br><br>**BRENT OESTERBLAD,** an individual; **CHARLES RODERICK II**, a/k/a Chuck Roderick**,** an individual; **SARAH SHEA**, an individual; **WEB EXPRESS, L.L.C.**, d/b/a "Online Detective", an Arizona limited liability company; and, **OLINEDETECTIVE.COM, L.L.C.**, an Arizona Limited Liability Company,<br><br>         Defendant. | Case no.        2:13-cv-14841<br>Honorable:   Mark A. Goldsmith |

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

**Recitals**

WHEREAS, Plaintiff, through counsel, having filed a motion entitled: <u>PLAINTIFF'S MOTION FOR: ENTRY OF DEFAULT AGAINST DEFENDANT WEBEXPRESS, LLC AND  DEFAULT JUDGMENT AGAINST DEFENDANTS</u>, which appears as docket number 18 on the CM/ECF system in this case.

WHEREAS, Plaintiff's motion having been scheduled and brought on for hearing before the Court and submitted to the Court for decision on Thursday, July 31, 2014, before the honorable Judge Mark A. Goldsmith, presiding.

1

WHEREAS, Attorney Finley having withdrawn Plaintiff's motion to proceed anonymously, on the record.

WHEREAS, Attorney Finley having published Plaintiff's legal name, by placing the name on the record at the hearing and representing that the case caption would be so amended.

WHEREAS, Attorney Finley having represented to the Court that a settlement has been reached between Plaintiff and Defendants Brent Oesterblad and Sarah Shea and Plaintiff's intention to dismiss said Defendants from this cause.

WHEREAS, Attorney Finley having represented to the Court that service was accomplished upon Defendant WebExpress, LLC, per the Arizona Rules of Civil Procedure, to wit: 16 A.R.S. Rule 4.1(j), including presenting an Affidavit of Attempted Service by the Maricopa County Sheriff's Office and Attorney Finley's subsequent submission of the Summons and Complaint to the Arizona Corporation Commission.

WHEREAS, the Court having instructed Attorney Finley to file the appropriate amendment to the Proof of Service regarding Defendant WebExpress, LLC.

WHEREAS, Attorney Finley having represented to the Court the factual basis for Charles Roderick's control over the subject website postings, including the adjudged facts from the Superior Court of Maricopa County Arizona, state civil case, no. CV 2013-

003800, and representations made by Defendant Oesterblad, and Attorney Starkey of Arizona, to Attorney Finley.

WHEREAS, the Court having found that the request for reasonable attorney fees under the RICO statute, being 18 USC 1964, including the rate and hours requested appear to the Court "reasonable" under the facts and law.

WHEREAS, upon the representations and documentation presented by Attorney Finley the Court having found a factual and legal basis for the relief requested.

### Money Judgment and Permanent Injunction

Now therefore,

**IT IS HEREBY ORDERED:** that Plaintiff is awarded a money judgment in the amount of $5,270.19 for Plaintiff and against Defendants CHARLES RODERICK II, a/k/a Chuck Roderick, an individual, WEB EXPRESS, L.L.C., d/b/a "Online Detective", an Arizona limited liability company; and, OLINEDETECTIVE.COM, L.L.C., an Arizona Limited Liability Company as follows:

| | |
|---|---|
| Cost (filing fee): | $400.00 |
| Cost (service of process): | $195.19 |
| Reasonable attorney fees: | $4,675.00 |
| TOTAL: | $5,270.19 |

**IT IS FURTHER ORDERED:** that to prevent further or future harm to Plaintiff's reputation in the community and protect his

employment from the dangers of labeling him as a "sex offender", Plaintiff is awarded a permanent injunction against Defendants CHARLES RODERICK II, a/k/a Chuck Roderick, an individual, WEB EXPRESS, L.L.C., d/b/a "Online Detective", an Arizona limited liability company; and, OLINEDETECTIVE.COM, L.L.C., an Arizona Limited Liability Company compelling these Defendants to immediately remove any and all sex offender postings of Plaintiff caused by these Defendants, including but not limited to the sex offender postings presently on the following websites:

- **http://www.sexoffenderrecord.com/directory/MI/S/Jeremiah_John_Stewart_1308008**

- **http://www.sexcrimedata.com/**

- **http://ev.onlinedetective.com/**

- **http://onlinedetective.com/**

- **http://offendex.com/**

**IT IS FURTHER ORDERED:** that to prevent further or future harm to Plaintiff's reputation in the community and protect his employment from the dangers of labeling him as a "sex offender", Plaintiff is awarded a permanent injunction against Defendants CHARLES RODERICK II, a/k/a Chuck Roderick, an individual, WEB EXPRESS, L.L.C., d/b/a "Online Detective", an Arizona limited liability company; and, OLINEDETECTIVE.COM, L.L.C., an Arizona Limited Liability Company compelling these Defendants to refrain from ever posting any similar sex offender posting concerning

Plaintiff or otherwise posting defamatory statements concerning Plaintiff on the internet.

**IT IS SO ORDERED.**

*This Order is a final judgment and therefore resolves the last pending claim and closes the case.*

Dated: August 5, 2014         s/Mark A. Goldsmith
       Flint, Michigan        MARK A. GOLDSMITH
                                  United States District Judge

CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 5, 2014.

                                        s/Deborah J. Goltz
                                        **DEBORAH J. GOLTZ**
                                        **Case Manager**

Drafted by and approved as to form and content:

Daniel P. Finley (P-65454)
FINLEY LAW FIRM
107 ½ North Main Street
Chelsea, MI 48118